UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN 14 P 12: 15

United States of America

v.  Case No. 04-cr-152-01-SM

Manuel Mejia

O R D E R

Defendant Mejia's motion to continue the final pretrial conference and trial is granted (document 26). Trial has been rescheduled for the September 2005 trial period. Defendant Mejia shall file a waiver of speedy trial rights not later than June 22, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** August 29, 2005 at 3:30 p.m.

**Jury Selection:** September 7, 2005 at 9:30 a.m.

SO ORDERED.

						_____
						Steven J. McAuliffe
						Chief Judge

June 14, 2005

cc:	Bjorn Lange, Esq.
	Mark Howard, AUSA
	US Probation
	US Marshal