UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Case No. 04-cr-152-01-SM

Manuel Mejia

### O R D E R

Defendant Mejia's motion to continue the final pretrial conference and trial is granted (document 28).  Trial has been rescheduled for the November 2005 trial period.  Defendant Mejia shall file a waiver of speedy trial rights not later than September 12, 2005.  On the filing of such waiver, his continuance shall be effective.  No further continuances without good cause.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** October 24, 2005 at 4:30 p.m.

**Jury Selection:** November 1, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 7, 2005

cc: Bjorn Lange, Esq.
Robert Veiga, AUSA
US Probation
US Marshal